# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  KIMBERLY A. MORISH          §     Case No. 08-72707
                                    §
                                    §
                                    §
         Debtors                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 08/22/2008.

2) The plan was confirmed on 12/05/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 06/11/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/12/2009.

5) The case was dismissed on 09/18/2009.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $18,400.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 1,750.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | $ 1,750.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,622.36 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 127.64 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,750.00 |
| Attorney fees paid and disclosed by debtor: | $ 1,548.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LEGAL HELPERS, PC | Lgl | 3,500.00 | 3,917.00 | 3,917.00 | 1,622.36 | 0.00 |
| AAMS LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AFNI, INC. | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| ALEX BROS OUTPATIENT GROUP | Uns | 486.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL | Uns | 212.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT CREDIT UNION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT CU | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Uns | 823.00 | NA | NA | 0.00 | 0.00 |
| AMINA M. RAHIM MD | Uns | 510.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 1,251.00 | 939.28 | 939.28 | 0.00 | 0.00 |
| ASSOCIATES IN PSYCHIATRY | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 1,565.00 | 1,588.55 | 1,588.55 | 0.00 | 0.00 |
| CARDIOVASCULAR ASSOCIATES | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| CARY J. BORTNICK MD | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 952.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Uns | 95.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS COLLECTION | Uns | 142.00 | NA | NA | 0.00 | 0.00 |
| ELGIN CARDIOLOGY ASSOC | Uns | 34.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE LAB PHYSICIANS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| HORIZON BEHAVIORAL HEALTH | Uns | 1,740.00 | 1,740.00 | 1,740.00 | 0.00 | 0.00 |
| HORIZON BEHAVIORAL HEALTH | Uns | 340.00 | 340.00 | 340.00 | 0.00 | 0.00 |
| FFCC-COLUMBUS INC | Uns | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Uns | 646.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Uns | 373.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Uns | 51.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Uns | 228.00 | NA | NA | 0.00 | 0.00 |
| HSBC / BSTBY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC / CARSN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HUNTLEY FIRE PROTECTION | Uns | 491.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HIGHWAY | Uns | 1,871.00 | 6,321.00 | 6,321.00 | 0.00 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 293.00 | NA | NA | 0.00 | 0.00 |
| MEA MEDICAL CARE CENTERS | Uns | 1,118.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST LAKES MEDICAL | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PULMONARY ASSOC | Uns | 370.00 | NA | NA | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 722.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERIES INCOFMN | Uns | 3,252.00 | 3,251.03 | 3,251.03 | 0.00 | 0.00 |
| NCO FIN / 38 | Uns | 502.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 419.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 987.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 605.00 | NA | NA | 0.00 | 0.00 |
| NW COLLECTOR | Uns | 208.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN ANESTHESIA | Uns | 470.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| RNB - FIELDS 3 | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SHELL OIL / CITIBANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| SHERMAN HOSPITAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STEVEN J. JURASKI DMD | Uns | 584.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FIN SVC | Uns | 2,813.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FIN SVC | Uns | 4,661.00 | NA | NA | 0.00 | 0.00 |
| WFNNB / HARLEM FURNITURE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB / VALUCITYROOMSTOD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WM FINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WM FINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT CREDIT UNION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL | Uns | 0.00 | 1,324.15 | 1,324.15 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 11,780.76 | 11,780.76 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 28,884.77 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 1,750.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 1,750.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  <u>11/23/2009</u>          By:  <u>/s/ Lydia S. Meyer</u>
                                        Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)